Geoffrey Graber (SBN 211547)
Madelyn Petersen (*pro hac vice*)
**COHEN MILSTEIN**
**SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
mpetersen@cohenmilstein.com

Charles Reichmann (SBN 206699)
**LAW OFFICES OF**
**CHARLES REICHMANN**
16 Yale Circle
Kensington, CA 94708-1015
Telephone: (415) 373-8849
charles.reichmann@gmail.com

*Attorneys for Plaintiffs*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE BOURQUE, RENEE BAUTISTA, MELISSA MIRABELLO, RON POZNANSKY, *and* JAMES WOODMANSEE, *individually and on behalf of all others similarly situated*, | Case No:  3:24-cv-06994-EMC |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER REVISING CASE MANAGEMENT SCHEDULE** |
| vs. | |
| UNITED STATES OF AMERICA *and* UNITED STATES DEPARTMENT OF STATE, | Hon. Edward M. Chen |
| Defendants. | |

1

Pursuant to Civil Local Rule 6-2, the parties in the above-captioned litigation, by and through their undersigned counsel, stipulate as follows:

1.    On December 15, 2025, the Court granted the parties' proposed revised case management schedule following the resumption of appropriations to the Federal Government. *See* ECF No. 94. Pursuant to that schedule, the current fact discovery cutoff deadline is May 14, 2026, and the current deadline for expert disclosures is May 21, 2026.

2.    The parties have diligently sought to complete fact discovery by the current May 14, 2026 cutoff date. The parties have largely completed written discovery, with the following exceptions:

a.    Defendants plan to respond to Plaintiffs' most recent set of Interrogatories by the current deadline of May 11, 2026. Plaintiffs plan to respond to Defendants' Requests for Admission and most recent Requests for Production and Interrogatories by the current deadline of May 14, 2026.

b.    The Parties have been working to raise and resolve Plaintiffs' challenges to Defendants' privilege assertions. On March 2, 2026, the Parties filed a joint letter brief regarding Plaintiffs' challenge to Defendants' assertion of the deliberative process privilege for a set of documents identified on Defendants' privilege logs. ECF No. 110. On April 1, 2026, the parties submitted a second joint letter brief, and Defendants provided an *in camera* submission of a subset of those documents, pursuant to the Magistrate Judge's Order of March 12, 2026. *See* ECF No. 129. The Magistrate Judge's decision remains pending.

c.    The parties are continuing to discuss certain objections raised by Plaintiffs to Defendants' responses to Plaintiffs' Requests for Production.  In connection with that discussion, Plaintiffs may serve an additional Interrogatory requesting limited additional information.

3.    In regard to depositions, Plaintiffs have sought Rule 30(b)(6) testimony, but the parties are in discussions in an attempt to narrow the scope of the requested testimony. On April 14, 2026, Plaintiffs indicated they would seek deposition testimony from four additional Department employees (one of whom is a former employee). Defendants do not believe this additional deposition testimony

2

is needed to address Plaintiffs' claims, particularly given the scope of topics Plaintiffs seek to address in a 30(b)(6) deposition. However, the parties are in discussions in an attempt to narrow the testimony sought so as to avoid raising a dispute with the Court. The parties are also in discussions regarding the deposition of Plaintiffs' Confidential Witness.

4.    In regard to expert testimony, Defendants believe the Court's rulings on Plaintiffs' Motion for Class Certification and Defendants' Motion to Exclude the expert declaration that Plaintiffs submitted with their class certification filing may inform the parties' further decisions regarding what, if any, expert testimony will be offered.

5.    Accordingly, the parties propose a 45-day extension of the fact discovery cutoff date for the limited purpose of addressing the above-referenced outstanding issues, including the scheduling and taking of up to six depositions, and, if needed, raising remaining outstanding disputes with the Magistrate Judge.

6.    The parties propose that the remaining deadlines in the case be extended as follows:

| Event | Previous Deadline | Proposed Deadline |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | Thursday, May 14, 2026 | June 26, 2026 |
| Expert Disclosures | Thursday, May 21, 2026 | July 20, 2026 |
| Rebuttal Expert Disclosure | Thursday, June 11, 2026 | August 24, 2026 |
| Reply Expert Disclosure | Thursday, June 25, 2026 | September 11, 2026 |
| Close of Expert Discovery | Thursday, July 9, 2026 | September 24, 2026 |
| Dispositive Motions and/or *Daubert* Briefing | Thursday July 16, 2026, Deadline for Motions<br><br>Thursday August 13, 2026, Deadline for Oppositions<br><br>Thursday August 27, 2026, Deadline for Replies | October 1, 2026 Deadline for Plaintiffs' summary judgment motion and/or Daubert briefing<br><br>October 29, 2026 Deadline for Defendants' combined summary judgment motion and/or Daubert briefing and opposition to Plaintiffs' briefing |

3

|  |  | November 12, 2026 Deadline for Plaintiffs' combined reply and opposition to Defendants' motion<br><br>December 3, 2026 Deadline for Defendants' reply |
| --- | --- | --- |
| Hearing on Dispositive Motions and/or *Daubert* Briefing | Thursday, September 24, 2026 | January 14, 2027 |

7.    Pursuant to local rule 6-2(a), this stipulated request is supported by the accompanying declaration from Geoffrey Graber, Interim Class Counsel.

8.    IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the below deadlines are extended and reset as follows:

| Event | Deadline |
| --- | --- |
| Non-Expert Discovery Cutoff | June 26, 2026 |
| Expert Disclosures | July 20, 2026 |
| Rebuttal Expert Disclosure | August 24, 2026 |
| Reply Expert Disclosure | September 11, 2026 |
| Close of Expert Discovery | September 24, 2026 |
| Dispositive Motions and/or *Daubert* Briefing | Plaintiffs' Dispositive/Daubert Motions: October 1, 2026<br><br>Defendants' Combined Dispositive/Daubert Motions & Oppositions: October 29, 2026<br><br>Plaintiffs' Dispositive/Daubert Oppositions & Replies: November 12, 2026<br><br>Defendants' Replies: December 3, 2026 |
| Hearing on Dispositive Motions and/or *Daubert* Briefing | January 14, 2027 |

4

Dated: May 1, 2026

BRETT A. SHUMATE
Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Director, Federal Programs
Branch

/s/ *Kathryn L. Wyer*

JESSICA A. LUNDBERG
Trial Attorney
KATHRYN L. WYER
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005

*Counsel for Defendants*

Respectfully submitted,

/s/ *Geoffrey Graber*

Geoffrey Graber (SBN 211547)
Madelyn Petersen (*pro hac vice*)
**COHEN MILSTEIN**
**SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
ggraber@cohenmilstein.com
mpetersen@cohenmilstein.com

Charles Reichmann (SBN 206699)
**LAW OFFICES OF**
**CHARLES REICHMANN**
16 Yale Circle
Kensington, CA 94708-1015
Telephone: (415) 373-8849
charles.reichmann@gmail.com

Mariel LaSasso (*pro hac vice*)
**LASASSO LAW GROUP PLLC**
30 Wall St., Eighth Floor
New York, NY 10005
Telephone: (212) 421-6000
mariel@lasassolaw.com

*Interim Class Counsel*

JOINT STIPULATION AND [PROPOSED] ORDER REVISING CASE MANAGEMENT SCHEDULE
3:24-cv-06994-EMC

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: May 1, 2026                                    _/s/ Geoffrey Graber_

6

JOINT STIPULATION AND [PROPOSED] ORDER REVISING CASE MANAGEMENT SCHEDULE
3:24-cv-06994-EMC

**ORDER**

PURSUANT TO STIPULATION, it is so ordered.

DATED:  May 14, 2026

_____
HON. EDWARD M. CHEN
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER REVISING CASE MANAGEMENT SCHEDULE
3:24-cv-06994-EMC