**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

CHASE BOURQUE et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA *and* UNITED STATES DEPARTMENT OF STATE,

Defendants.

No. 3:24-cv-06994-EMC-LJC

**~~[PROPOSED]~~ ORDER REGARDING PLAINTIFFS' SEALED FILING PURSUANT TO RULE 79-5**

On February 26, 2026, Plaintiffs filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Local Rule 79-5. ECF No. 109. Defendants filed their response on March 26, 2026. Having considered Defendants' statement, and having found that good cause exists for permanently sealing some of the information in two of Plaintiffs' exhibits, the Court hereby ORDERS the Clerk of Court to take the following action with respect to the Exhibits to Plaintiffs' Administrative Motion:

1. The unredacted version of Plaintiffs' Motion for Class Certification; the unredacted version of the Expert Declaration of Robert McDonald (Exhibit 2 to Declaration of Geoffrey Graber, ECF No. 108); and the versions of Exhibits 10-14 and 16-19 to the Declaration of Geoffrey Graber, ECF No. 108 that Plaintiffs filed under seal as attachments to Plaintiffs' Administrative Motion shall be filed publicly on the docket.
2. The versions of Exhibits 15 and 20 that Plaintiffs filed under seal as attachments to Plaintiffs' Administrative Motion shall remain permanently UNDER SEAL.
3. The redacted versions of Exhibits 15 and 20 that Defendants attached to their

response under Local Rule 79-5 shall be filed as the public versions of the corresponding exhibits to the Declaration of Geoffrey Graber.

**IT IS SO ORDERED.**

DATED: November 16, 2026

~~HON. EDWARD M. CHEN~~
~~United States District Judge~~
HON. LISA J. CISNEROS
United States Magistrate Judge